**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 15-1949**

———————

AMY GOSNELL; ANN BOWMAN,

            Plaintiffs - Appellants,

        v.

CATAWBA COUNTY; CATAWBA COUNTY SHERIFF'S OFFICE; COY REID;
DAVID LAIL; LIBERTY MUTUAL INSURANCE COMPANY,

            Defendants - Appellees.

———————

Appeal from the United States District Court for the Western
District of North Carolina, at Statesville.    Richard L.
Voorhees, District Judge.   (5:14-cv-00179-RLV-DCK)

———————

Submitted: April 21, 2016          Decided: April 25, 2016

———————

Before WILKINSON, KING, and KEENAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Nancy Pulliam Quinn, THE QUINN LAW FIRM, Greensboro, North
Carolina, for Appellants.   Patrick H. Flanagan, Virginia M.
Wooten, CRANFILL SUMNER & HARTZOG LLP, Charlotte, North
Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Amy Gosnell and Ann Bowman appeal the district court's judgment granting Defendants' motion to dismiss their gender discrimination claims, brought pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e to 2000e-17 (2012); age discrimination claims, brought pursuant to the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621 to 634 (2012); and state law claims for tortious interference with contract, defamation, and punitive damages. We have considered the parties' arguments and find no reversible error. Accordingly, we affirm the district court's judgment. Gosnell v. Catawba Cnty., No. 5:14-cv-00179-RLV-DCK (W.D.N.C. July 24, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED